Myra S. Lamson and Another, as Executors, etc., Appellants, v. Robert C. King, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles G. Riehl, Appellant, v. Arthur C. Austin, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles R. Nagle, Respondent, v. Thompson - Starrett Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented.

Walter H. Sloane, as Executor and Trustee, etc., Respondent, v. Emma F. Mulvany, as General Guardian of Claire N. Mulvany, and Claire N. Mulvany, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas S. Baker, Respondent, v. Benjamin F. Yoakum, Appellant, Impleaded with Harley P. Wilson.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham. P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas S. Baker, Respondent, v. Henry P. Wilson, Appellant, Impleaded with Benjamin F. Yoakum.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Fincham Rosenthal, as Administrator de Bonis Non, etc., Respondent, v. The International College of Languages, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

De Lagotellerie, Respondent, v. Automobile Tire Company, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katherine J. McNamee, Appellant, v. James E. C. Leavitt, as Administrator, etc., Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, J J

The Bunting Bull Company, Appellant, v. The City of Mount Vernon, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin (dissenting), Clarke and Scott, JJ.

Aurelia M. Burnstine, Respondent, v. Nathan Burnstine, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Alicia Realty Company, Respondent, v. John L. Miller, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma F. Sully, Respondent, v. Tiffany & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.